**Opinion issued May 30, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00309-CV

_____

**STYLED REAL ESTATE, LLC AND MICHELLE SCANLIN, Appellants**

**V.**

**SAVANNAH LACEY MANHOLD, SARAH CRUSE, LAUREN PRICE LAROCHE, AND CHANCE BROWN REAL ESTATE, LLC, Appellees**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-03329**

---

## MEMORANDUM OPINION

Appellants Styled Real Estate, LLC and Michelle Scanlin have filed a motion

to dismiss their petition for permissive appeal of the trial court's April 3, 2024

interlocutory order granting summary judgment.[1] In their motion, appellants state that the trial court issued an order on April 29, 2024 denying appellants' motion for permission to pursue an interlocutory appeal. More than ten days have elapsed since the filing of appellants' motion to dismiss, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). Accordingly, we grant the motion and dismiss the appeal. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.

---

[1] *See* TEX. CIV. PRAC. & REM. CODE § 51.014(d) (authorizing trial court to permit interlocutory appeal from otherwise unappealable interlocutory order under certain circumstances), (f) (authorizing appeals court to accept interlocutory appeal permitted by trial court and requiring appealing party to petition appellate court for permission); TEX. R. CIV. P. 168 (governing procedure for trial court's granting permission to appeal); TEX. R. APP. P. 28.3 (governing procedure for filing petition for permissive appeal with appellate court when trial court has permitted appeal from interlocutory order).